## *Price vs. Ford.*

Error to the Floyd Circuit; SILAS W. ROBBINS, Judge

*Surprise. New trial.*

Chief Justice BIBB, delivered the opinion of the court.

IT seems to this court, that the unexpected trial and verdict, before the defendant arrived, although by twelve o'clock of the first day of the term; the absence of witnesses summoned to prove adverse possession of upwards of twenty years under a conflicting title, which adverse possession, must also have been under an elder grant, (for the patent of Madison, under which the de-

EJECTMENT

Case 87.

June 19.

New trial awarded, against the decision of the circuit court, on the ground of surprise, by the early trial of

PRICE
vs.
FORD

the cause, before defendant's arrival at court, and the absence of witnesses.

fendant claims, is elder than that of Graham, under which the plaintiff claims,) were sufficient causes for setting aside the verdict and judgment, and granting the defendant in ejectment a new trial. As the other points stated in the bill of exceptions may not occur again on the trial, the court expresses no opinion on them.

Judgment reversed, and cause remanded for a *venire facias de novo.*

Plaintiff in this court to recover his costs.

*Triplett* for plaintiff; *Mayes* for defendant.

---

DEBT.

Case 88

June 19

Execution of process after the return day, is nought.

Actions of debt on notes discounted at Bank of Ky. made bills of exchange, against principal and endorser, must be for the debt, interest and costs of protest, and not maintainable for debt only.